UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. _____

GLORIA J. EDGECOMBE,

    *Plaintiff,*

v.

FANEUIL, INC.,

    *Defendant.*

_____/

## NOTICE OF REMOVAL

Defendant, FANEUIL, INC., incorrectly sued as Faneuil II, Inc., pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby removes this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this action is based upon the following:

    1.    On or about November 30, 2022, Plaintiff, GLORIA J. EDGECOMBE, filed a civil action against Defendant in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, entitled *Gloria J. Edgecombe v. Faneuil II, Inc.*, Case No. 22-005646-CI (the "State Court Action").

    2.    Plaintiff's Complaint alleges the following causes of action: (1) violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq* (Count I); (2) violation of the Florida Minimum Wage Act ("FMWA"), Fla. Stat. § 448.110 (Count II); and (3) for unpaid wages under Florida Common Law, Florida Constitution, Article X, Section 24 (Count III).

    3.    This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331 because Plaintiff has asserted a federal claim under

the FLSA (Count I).  Plaintiff's FMWA Claim and claim for unpaid wages (Counts II and III) fall within this Court's supplemental jurisdiction under 28 U.S.C § 1367.

4. On December 5, 2022, Plaintiff served Defendant with the Complaint. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. *See Gossamer Wing, LLC v. Bank of N.Y. Mellon*, 2021 WL 857527 (S.D. Fla. 2021) ("The 30-day period for filing a notice of removal is only triggered by proper service of process") (internal citations omitted); *see also 3417 70th Glen East Land Trust v. Deutsche Bank Natl. Trust,* 2021 WL 672700 (M.D. Fla. 2021) ("The time for filing a notice of removal is only triggered by proper service of process.") (internal citations omitted).  Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty days (30) from the date on which Defendant received notice of the State Court Action.

5. The District and Division embracing the place where such action is pending is the United States District Court for the Middle District of Florida, Tampa Division.  *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 89(c).  The Middle District, Tampa Division, is the appropriate venue because Plaintiff alleges that the actions at issue took place in Pinellas County, Florida.

6. A true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as Composite Exhibit A, as required by 28 U.S.C. § 1446(a).

7. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.  A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, Defendant, FANEUIL, INC. requests that this action be removed from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County to the United States District Court for the Middle District of Florida, Tampa Division.

DATED this 4th day of January 2023.          Respectfully submitted,

By:   */s/ Rocio Blanco Garcia*
Kimberly J. Doud, Esq.
Florida Bar No.: 0523771
Email: *kdoud@littler.com*
LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

Rocio Blanco Garcia, Esq.
Florida Bar No. 099304
Email: *rblancogarcia@littler.com*
LITTLER MENDELSON, P.C.
The Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 32801
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of January 2023, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ *Rocio Blanco Garcia*
Rocio Blanco Garcia, Esq.

## SERVICE LIST

Amanda E. Heystek, Esq.
Florida Bar No. 0285020
Email: aheystek@wfclaw.com
Secondary: rcooke@wfclaw.com
Daniel E. Kalter, Esq.
Florida Bar No. 1025094
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712

*COUNSEL FOR PLAINTIFF*
**Served via CM/ECF**

4895-4742-8678.1 / 061652-1076